IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Castillo-Rojas, Janina A | Case Number:  07 B 09936 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  6/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,795.00 | |
| Secured: | | 7,262.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,100.00 |
| Trustee Fee: | | 637.55 |
| Other Funds: | | 795.00 |
| Totals: | 11,795.00 | 11,795.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 3,100.00 | 3,100.00 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 1,000.00 | 165.91 |
| 5. | Rescap Mortgage | Secured | 42,769.66 | 7,096.54 |
| 6. | Certified Services | Unsecured | 1,096.60 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 6,113.67 | 0.00 |
| 8. | Chicago Central | Unsecured | 740.79 | 0.00 |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | Certified Services | Unsecured | | No Claim Filed |
| 11. | Armor Systems Co | Unsecured | | No Claim Filed |
| 12. | Ffcc Columbus Inc | Unsecured | | No Claim Filed |
| 13. | Ffcc Columbus Inc | Unsecured | | No Claim Filed |
| 14. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 19. | University of Chicago | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | Troy & Associates | Unsecured | | No Claim Filed |
| 22. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 23. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | | $ 54,820.72 | $ 10,362.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Castillo-Rojas, Janina A

Printed: 01/29/09

Case Number:  07 B 09936
Judge:  Wedoff, Eugene R
Filed:  6/2/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 380.04 |
| 6.5% | 257.51 |
| | $ 637.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

